UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

NESTOR M. ISLAS, ) NO. CV 11-2834-SJO (AGR)
　　　　　Petitioner, )
　　　v. ) JUDGMENT
MIKE McDONALD, Warden, )
　　　　　Respondent. )

　　Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

　　IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: March 27, 2014

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　S. JAMES OTERO
　　　　　　　　　　　　　　　　United States District Judge